**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KAYLOR McINTYRE**                                                                    **PLAINTIFF**
**ADC #166592**

**v.**                              **No: 4:21-cv-00110 JM-PSH**

**DEXTER PAYNE,** *et al.*                                            **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris.   No objections have been filed.   After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' motion to deem their statement of facts admitted (Doc. No. 52) and their motion for summary judgment (Doc. No. 48) are granted, and McIntyre's claims against them are dismissed with prejudice.

IT IS SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE