IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAYLOR McINTYRE**                                                                 **PLAINTIFF**
**ADC #166592**

v.                           No: 4:21-cv-00110 JM-PSH

**DEXTER PAYNE,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against Gary Musselwhite, Michelle Gray, and Sandra Gracie with prejudice.

IT IS SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE